# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LINARES, JOSE | U.S. DISTRICT COURT NEW JERSEY | 08/03/2002 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (NOMINEE) | X Nomination, Date 08/01/2002 <br> ___ Initial ___ Annual ___ Final | 01/01/2001 to 07/31/2002 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| HALL OF RECORDS ROOM 328 <br><br> 465 DR. MARTIN LUTHER KING BLV. <br><br> NEWARK, NJ 07102 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | EXECUTIVE 01/01/00 TO 06/9/00 | PARTY CITY OF ORANGE, INC. |
| 2 | PARTNER 01/01/00 TO 12/13/00 | LAW OFFICES OF LINARES, COVIELLO & SANTANA |
| 3 | SUPERIOR COURT JUDGE 12/13/00 TO 07/31/2002 | ESSEX COUNTY SUPERIOR COURT |

## II. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☐ NONE (No reportable agreements.) | |
| 1 | 121300 | LAW PRACTICE OF LINARES, COVIELLO & SANTANA, ESQS. AND JOSE LINARES (cntd Part 8 |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | | |
| 1 | 03212002 | SUPERIOR COURT OF ESSEX COUNTY | JUDGE | 220035 |
| 2 | 010101 | LINARES & COVIELLO PARTNERSHIP | SALE OF ASSETS | 35408 |
| 3 | 010101 | LINARES & COVIELLO | SALE OF ASSETS GOODWILL | 100000 |
| 4 | 010101 | LINARES & COVIELLO | POST SALE FEES | 334190 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| ☐ NONE (No such reportable reimbursements.) | | |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| ☐ NONE (No such reportable gifts) | | | |
| 1 | EXEMPT | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- | --- |
| ☐ NONE (No reportable liabilities.) | | | |
| 1 | SOVEREIGN BANK | RENTAL PROPERTY BLOOMFIELD, NJ | M |
| 2 | CATHAY BANK | PERSONAL | L |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less  K=$15,001-$50,000  L=$50,001 to $100,000  M=$100,001-$250,000  N=$250,001-$500,000
0=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 50 SHARES PARTY CITY ORANGE, INC. | G | Dividend | O | W | SOLD | | | | EXEMPT |
| 2 50 SHARES PARTY CITY ORANGE, INC. | G | Dividend | N | W | | | | | |
| 3 1 SHARE OF PARTY CITY WARWICK, RI | E | Dividend | N | W | | | | | |
| 4 PRIME FUND DAILY MONEY CLASS | A | Dividend | J | T | | | | | |
| 5 ENVIRONEMENTAL SOLUTIONS WORLDWIDE | A | Dividend | J | T | | | | | |
| 6 FRANKLIN NJ TAX FREE FUND | B | Dividend | L | T | | | | | |
| 7 NUVEEN NJ MUNICIPAL | B | Dividend | L | T | | | | | |
| 8 OPPENHEIMER NJ MUNICIPAL BOND | B | Dividend | L | T | | | | | |
| 9 AVAYA | A | Dividend | J | T | | | | | |
| 10 EATON VANCE NJ MUNICIPAL | B | Dividend | L | T | | | | | |
| 11 PUTNAM NJ TAX EXEMPT | B | Dividend | L | T | | | | | |
| 12 FIRST INVESTORS NJ MUNICIPAL BOND FUND | A | Dividend | L | T | | | | | |
| 13 LINCOLN GROWTH INCOME | A | Dividend | K | T | | | | | |
| 14 LINCOLN SOCIAL AWARENESS | A | Dividend | K | T | | | | | |
| 15 LINCOLN AGGRESSIVE GROWTH | A | Dividend | K | T | | | | | |
| 16 DELAWARE TREND | A | Dividend | K | T | | | | | |
| 17 NOTE RECEIVABLE LINARES MGMT. | D | Interest | L | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page--2 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18  NOTE RECEIVABLE ARTURO LINARES | C | Interest | L | T | | | | | |
| 19  PNC BANK MONEY MARKET & CHECKING ACCOUNTS | B | Interest | J | T | | | | | |
| 20  RENTAL #1 BLOOMFIELD, NJ | F | Rent | N | W | | | | | |
| 21  RENTAL #2 EAST ORANGE, NJ | E | Rent | J | W | SOLD | | | | EXEMPT |
| 22  IRA SUN AMERICA FUND | D | Dividend | O | T | | | | | |
| 23  IRA PUTNAM HEALTH & SCIENCE | B | Dividend | K | T | | | | | |
| 24  IRA PUTNAM OTC & EMERGING GROWTH | A | Dividend | J | T | | | | | |
| 25  IRA PUTNAM INTERNATIONAL NEW OPPORTUNITY | A | Dividend | J | T | | | | | |
| 26  RENTAL #3 NEWARK NJ | D | Rent | | | SOLD | | | | EXEMPT |
| 27  RENTAL #4 WESTCALDWELL, NJ | E | Rent | | | SOLD | | | | EXEMPT |
| 28  AMERITRADE | A | Interest | J | T | | | | | |
| 29  AMERICAN SAVINGS BANK | A | Interest | J | T | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

PART 2: Parties and Terms re: LAW PRACTI, cntd ...

SALE OF INTEREST IN PREVIOUS LAW PRACTICE OF LINARES, COVIELLO AND SANTANA ESQS. ARE UNLIQUIDATED AND CANNOT BE STATED WITH EXACTITUDE. MY REMAINING BENEFIT RANGES FROM 55% TO 70% OF FEES THAT WERE DUE TO LINARES, COVIELLO & SANTANA. ( MOSTLY MEDICAL MALPRACTICE CASES THAT WERE TRANSFERRED TO OTHER LAW FIRMS AT THE TIME I LEFT PRIVATE PRACTICE SINCE I WAS THE ONLY ATTORNEY IN MY OLD FIRM WITH THE NECESSARY EXPERTISE TO HANDLE SAID CASES.) I ANTICIPATE THAT MY INCOME FROM THIS SOURCE, OVER THE NEXT THREE YEARS WILL BE BETWEEN $200,000 AND $300,000.

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

PART 2: Parties and Terms re: LAW PRACTI, cntd ...

SALE OF INTEREST IN PREVIOUS LAW PRACTICE OF LINARES, COVIELLO AND SANTANA ESQS. ARE UNLIQUIDATED AND CANNOT BE STATED WITH EXACTITUDE. MY REMAINING BENEFIT RANGES FROM 55% TO 70% OF FEES THAT WERE DUE TO LINARES, COVIELLO & SANTANA. ( MOSTLY MEDICAL MALPRACTICE CASES THAT WERE TRANSFERRED TO OTHER LAW FIRMS AT THE TIME I LEFT PRIVATE PRACTICE SINCE I WAS THE ONLY ATTORNEY IN MY OLD FIRM WITH THE NECESSARY EXPERTISE TO HANDLE SAID CASES.) I ANTICIPATE THAT MY INCOME FROM THIS SOURCE, OVER THE NEXT THREE YEARS WILL BE BETWEEN $200,000 AND $300,000.

## SECTION HEADING. (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
| --- | --- | --- | --- |
| 5 | 121500 | INCOME FROM LINARES AND COVIELLO LAW PRACTICE 1/1/00 TO 12/15/00 | 120701 |
| 6 | 121500 | WAGES FROM PARTY CITY OF ORANGE 01/01/00 TO 06/30/00 | 4125 |
| 7 | 08/03/02 | SPOUSE WAGES FROM PARTY CITY OF ORANGE, INC. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | LINARES, JOSE | 08/03/2002 |

## SECTION HEADING. (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
| --- | --- | --- | --- |
| 5 | 121500 | INCOME FROM LINARES AND COVIELLO LAW PRACTICE 1/1/00 TO 12/15/00 | 120701 |
| 6 | 121500 | WAGES FROM PARTY CITY OF ORANGE 01/01/00 TO 06/30/00 | 4125 |
| 7 | 08/03/02 | SPOUSE WAGES FROM PARTY CITY OF ORANGE, INC. | |

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____     Date _8/3/02_

Note:        Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 21 | 380 | Notes payable to banks-secured | | 423 | 000 |
| U.S. Government securities-add schedule | | 0 | | Notes payable to banks-unsecured | | 79 | 184 |
| Listed securities-add schedule (1) | | 371 | 712 | Notes payable to relatives | | | |
| Unlisted securities--add schedule 2) | | 900 | 000 | Notes payable to others | | | |
| Accounts and notes receivable: | | 131 | 794 | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | | |
| Real estate owned-add schedule (3) | | 870 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 100 | 000 | Lincoln Financial margin balance | | 19 | 137 |
| Cash value-life insurance | | 45 | 924 | | | | |
| Other assets itemize: | | | | | | | |
| First Investor NJ Bond Fund | | 61 | 696 | | | | |
| Retirement Accounts ( see schedule 4) | | 577 | 878 | | | | |
| | | | | Total liabilities | | 521 | 321 |
| | | | | Net Worth | 2 | 559 | 063 |
| Total Assets | 3 | 080 | 384 | Total liabilities and net worth | 3 | 080 | 384 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 722 | 305 | Are any assets pledged? (Add schedule) | | N | |
| On leases or contracts | | 124 | 569 | Are you defendant in any suits or legal actions? | | N | |
| Legal Claims | | | | Have you ever taken bankruptcy? | | N | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |

21